NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**JOSEPH NEEV,**

*Plaintiff-Appellant*

**v.**

**ALCON LENSX INC,**

*Defendant-Appellee*

―――――――――――

2018-1248

―――――――――――

Appeal from the United States District Court for the Central District of California in No. 8:15-cv-01538-JVS-JCG, Judge James V. Selna.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**JOSEPH NEEV,**

*Plaintiff-Appellant*

**v.**

**ALCON LABORATORIES, INC., WAVELIGHT, GMBH,**

*Defendants-Appellees*

―――――――――――

2018-1249

Appeal from the United States District Court for the Central District of California in No. 8:15-cv-00336-JVS-JCG, Judge James V. Selna.

---

**JUDGMENT**

---

LISBETH BOSSHART MERRILL, CKR Law, LLP, Irvine, CA, argued for plaintiff-appellant.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for defendants-appellees. Also represented by SETH W. LLOYD; LENA HUGHES, New York, NY; ERIC MARTIN ACKER, JOHN ROBERT LANHAM, San Diego, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 8, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |